IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL TYRONE SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-442-SLR |
| | ) |
| MICHAEL ASTRUE, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 25th day of July, 2008,

the Court having considered the application to proceed without prepayment of fees

under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

United States District Judge